UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>(Rural Development) | CIVIL NO. 96-1944(HL) |
| Plaintiff | FORECLOSURE OF MORTGAGE |
| v. | |
| JOSE ANTONIO PEREZ-AVILES and<br>GENOVEVA ORTIZ-HERNANDEZ and the<br>conjugal parties | |
| Defendants | |

**ORDER FOR CANCELLATION OF LIS PENDENS**

Upon motion by the plaintiff, United States of America, it is hereby ORDERED that the Lis Pendens made on the real property described hereinbelow by virtue of the Lis Pendens issued in this case, be cancelled and that a Writ for Cancellation of Lis Pendens be issued by the Clerk of this Court whereby the Property Registrar of Arecibo, Section II, Puerto Rico, shall be directed to cancel of record said Lis Pendens:

> Rústica: Parcela sita en el barrio Zanjas del término municipal de Camuy, compuesta de CUATROCIENTOS DOCE PUNTO TRECE METROS CUARDRADOS, igual a cero punto 35.60 diez cuerda. En lindes por el Norte, remanente de la finca princiipal, por el Sur, parcela número sesentidos, por el Este, ára dedicada a uso público y por el Oeste, parcela número ochenticuatro. Recorded as page 280 rs, vol 149 of Camuy, property number 7845 2rd Insc.

Plaintiff's mortgage is recorded at page $280^{rs}$, volume 149 of Camuy, property number 7845 $2^{rd}$ inscription at the Registry of the Property of Arecibo, Section II, Puerto Rico.

United States v. Jose Antonio Perez-Aviles, et al.
Civil No. 96-1944(HL)
Page 2

Lis Pendens recorded at the Property Registry of Areibo, Section II, at page 283 rs, volume 149 of Camuy, upon the property number 7845 Anotación "A" subject of this action.

At San Juan, Puerto Rico, this 26th day of January, 2000.

_____
UNITED STATES DISTRICT JUDGE